CROSS ET AL. *v.* COURT OF APPEAL OF CALI-
FORNIA, FIRST APPELLATE DISTRICT, ET AL.

No. 533, Misc.  Decided November 12, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.